July 1, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARY E. GONZALES, Appellant

NO. 14-13-00546-CV            V.

MAIN STREET ACQUISITION CORP., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Main Street Acquisition Corp., signed May 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mary E. Gonzales, to pay all costs incurred in this appeal. We further order this decision certified below for observance.